# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00712-CV

**In re Diana Campbell and Jason Campbell**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and a motion for temporary relief pending disposition of their mandamus petition. We grant the motion for temporary relief, pending further orders of this Court, and stay execution of the writ of possession and execution of judgment. We request that real party in interest file a response to the mandamus petition no later than November 1, 2013. The real parties in interest may also address, in either their mandamus response or a separate, earlier filing, the advisability of our continuing the temporary relief pending our resolution of the mandamus petition.

It is ordered October 28, 2013.

Before Chief Justice Jones, Justices Puryear and Goodwin